Commercial Trust Company, executor, appellant,

*v.*

Conzo Zunni, respondent.

[Decided May 16th, 1932.]

*Mr. J. Fisher Anderson,* for the appellant.

*Mr. Anthony V. R. Avallone,* for the respondent.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *108 N. J. Eq. 435.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PAR-
KER, CAMPBELL, LLOYD, CASE, BODINE, DONGES, VAN BUS-
KIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ.   14.

*For reversal*—None.